PROB 35
(Rev 1/92)

Case 4:99-cr-00053-RV   Document 37   Filed 04/21/06   Page 1 of 1

PROB 35  
(Rev 1/92)

SD/FL PACTS No.71685

Report and Order Terminating Conditional Release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 4:99CR53/RV

UNITED STATES OF AMERICA

v.

**Franklyn Rudolph Bonnet, Jr.**

It appearing the above named has complied with the conditions of conditional release imposed by the order of the Court heretofore made and entered in this case, It is therefore recommended the defendant be discharged from conditional release and the proceedings in the case be terminated, pursuant to Title 18 U.S.C. 4243(f)(1).

Respectfully submitted,

U. S. Probation Officer
Kelly R. Morris
Phone: 305-808-6408

## ORDER OF COURT

Pursuant to the above report, it is ordered the defendant be discharged from conditional release and the proceedings in the case be terminated.

Dated this 21 day of April, 2006.

United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
06 APR 21 PM 4:20

FILED